BARRY E. HINKLE, Bar No. 071223
PATRICIA A. DAVIS, Bar No. 179074
KRISTINA L. HILLMAN, Bar No. 208599
WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway, Suite 200
Alameda, California 94501-1091
Telephone (510) 337-1001
Facsimile (510) 337-1023

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, JOSE MORENO, in their capacities as Trustees of the LABORERS HEALTH AND WELFARE TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS VACATION-HOLIDAY TRUST FUND FOR NORTHERN CALIFORNIA; LABORERS PENSION TRUST FUND FOR NORTHERN CALIFORNIA; and LABORERS TRAINING AND RETRAINING TRUST FUND FOR NORTHERN CALIFORNIA; NORTHERN CALIFORNIA DISTRICT COUNCIL OF LABORERS for itself and on behalf of LABORERS' LOCAL 73<br><br>Plaintiffs,<br><br>v.<br><br>H.L. HEGGSTAD, INC. Corporation,<br><br>Defendant. | No. C 06-1907 JSW<br><br>REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE<br><br>Date: July 7, 2006<br>Time: 1:30 p.m.<br>Courtroom: 2, 17th Floor |

PLEASE TAKE NOTICE that Plaintiffs, Larry Totten, Jose Moreno, in their capacities as Trustees of the Laborers Health and Welfare Trust Fund for Northern California; Laborers Vacation-Holiday Trust Fund for Northern California; Laborers Pension Trust Fund for Northern

WEINBERG, ROGER & ROSENFELD
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA 94501-1091
(510) 337-1001

REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C 06-1907 JSW

- 2 -

1  California; and Laborers Training and Retraining Trust Fund for Northern California; Northern
2  California District Council of Laborers for itself and on behalf of Laborers' Local 73  (hereinafter
3  "Plaintiffs") by and through their attorney of record, hereby request that the Case Management
4  Conference scheduled for July 7, 2006 be continued for sixty (60) days.
5      The Clerk entered default against the Defendant on May 9, 2006, who was timely served
6  with the complaint on April 7, 2006, but failed to answer the complaint.  Plaintiffs' Motion for
7  Default Judgment will be filed within the next two weeks.  Therefore, Plaintiffs request that the
8  Case Management Conference be continued in order to allow the Plaintiffs' motion to be filed and
9  heard.
10  The Case Management Conference is CONTINUED to September 29, 2006 at 1:30 p.m.
11  Dated: June 26, 2006



WEINBERG, ROGER & ROSENFELD
A Professional Corporation


By:  /s/_____
   KRISTINA L. HILLMAN
   Attorneys for Plaintiffs

112390/425801

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

- 2 -
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C 06-1907 JSW

# PROOF OF SERVICE

I am a citizen of the United States and an employee in the County of Alameda, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 1001 Marina Village Parkway, Suite 200, Alameda, California 94501-1091. On June 28, 2006, I served upon the following parties in this action:

H.L. Heggstad, Inc.
8880 Elder Creek Road
Sacramento, CA  95828-1805

copies of the document(s) described as:

**REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**

**[X]**   **BY MAIL**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of correspondence for mailing, said practice being that in the ordinary course of business, mail is deposited in the United States Postal Service the same day as it is placed for collection.

**[ ]**   **BY PERSONAL SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and caused the same to be delivered by hand to the offices of each addressee.

**[ ]**   **BY OVERNIGHT DELIVERY SERVICE**  I placed a true copy of each document listed herein in a sealed envelope, addressed as indicated herein, and placed the same for collection by Overnight Delivery Service by following the ordinary business practices of Weinberg, Roger & Rosenfeld, Alameda, California. I am readily familiar with the practice of Weinberg, Roger & Rosenfeld for collection and processing of Overnight Delivery Service correspondence, said practice being that in the ordinary course of business, Overnight Delivery Service correspondence is deposited at the Overnight Delivery Service offices for next day delivery the same day as Overnight Delivery Service correspondence is placed for collection.

**[ ]**   **BY FACSIMILE**  I caused to be transmitted each document listed herein via the fax number(s) listed above or on the attached service list.

I certify under penalty of perjury that the above is true and correct. Executed at Alameda, California, on June 28, 2006.

/s/_____
Linda Dobbins

**WEINBERG, ROGER & ROSENFELD**
A Professional Corporation
1001 Marina Village Parkway
Suite 200
Alameda, CA  94501-1091
(510) 337-1001

- 3 -
REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE
Case No. C 06-1907 JSW