**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, ET AL.,<br><br>    Plaintiffs,<br><br>  v.<br><br>H.L. HEGGSTAD, INC.,<br><br>    Defendant.<br>_____/ | No. C 06-01907 JSW<br><br>**ORDER REFERRING MOTION TO MAGISTRATE JUDGE** |

Pursuant to Local Rule 72-1, the motion for default judgment filed by Plaintiffs Larry Totten, et al., in the above captioned matter is HEREBY REFERRED to a randomly assigned Magistrate Judge to prepare a report and recommendation. The hearing date noticed for August 25, 2006 is HEREBY VACATED.

**IT IS SO ORDERED.**

Dated: July 5, 2006

                                            JEFFREY S. WHITE
                                            UNITED STATES DISTRICT JUDGE

cc: Wings Hom