UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>H.L. HEGGSTAD, INC., )<br>)<br>Defendant. )<br>_____ ) | No. C06-01907 JSW (BZ)<br><br>**ORDER SCHEDULING HEARING ON PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |

**TO ALL PARTIES AND COUNSEL OF RECORD:**

On July 5, 2006, the Honorable Jeffrey S. White referred to me for a report and recommendation plaintiffs' motion for default judgment. **IT IS HEREBY ORDERED** that pursuant to the Court's discretion under Rule 55(b)(2) of the Federal Civil Rules of Civil Procedure, a hearing on plaintiffs' motion is set for **August 30, 2006**, **at 10:00 a.m.** in Courtroom G, 15th Floor, Federal Building, San Francisco, California, 94102.

Plaintiffs should be prepared to prove their damages by competent testimony or other admissible evidence. If plaintiffs intend to prove damages by affidavits or declarations, the affiant or declarant should have personal

1

1 knowledge of all matters to which she testifies.  For all
2 evidence, proper foundations must be established.  For an
3 explanation of the evidentiary requirements for proving
4 damages in a default case, the parties are encouraged to
5 consult Chapter Six of <u>Civil Procedure Before Trial</u> by William
6 W. Schwarzer, A. Wallace Tashima, and James M. Wagstaffe.

7     Defendant should attend the hearing if it contests the
8 validity or amount of plaintiffs' claim.  Seven days before
9 the hearing, plaintiffs shall file a declaration setting forth
10 in detail all steps taken to serve defendant with notice of
11 this hearing.

12 Dated:  July 21, 2006

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\TOTTEN\DEF.JUD.SCH.ORD.wpd