IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARRY TOTTEN, et al., | |
| Plaintiffs, | No. C 06-01907 JSW |
| v. | |
| H.L. HEGGSTAD, INC., | **ORDER ADOPTING REPORT & RECOMMENDATION RE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT** |
| Defendant. | |

This matter comes before the Court upon consideration of Magistrate Judge Zimmerman's Report and Recommendation re Plaintiffs' Motion for Default Judgment. Having considered Magistrate Judge Zimmerman's Report and Recommendation, and the lack of objections filed thereto, the Court finds the Report correct, well-reasoned and thorough, and adopts it in every respect.

**IT IS SO ORDERED.**

Dated: October 3, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE